UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **ORDER**
                                  :
MICHAEL MAROFF,                   :     7:24-cr-00006-PMH
               Defendant.         :
                                  :
-----------------------------------------------------------x

The next status conference in this matter is currently scheduled for October 17, 2024 at 4:00 p.m. in Courtroom 520 at the White Plains Courthouse.

The Parties are directed to meet and confer regarding the Speedy Trial Act and the Government shall file a proposed Order to exclude time under the Speedy Trial Act through the date of the next status conference.

**SO ORDERED:**

Dated: White Plains, New York
       August 28, 2024

_____
Philip M. Halpern
United States District Judge