**Michelle L. Merola**
Partner
Direct Dial: 518.736.2917
mmerola@hodgsonruss.com

> Application granted. The October 17, 2024 status conference is converted to a change of plea hearing and adjourned to October 21, 2024 at 12:00 p.m. in Courtroom 520 at the White Plains Courthouse. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 30).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             October 2, 2024

<u>Via ECF</u>

Hon. Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

        Re:    *USA v. Maroff*
                Case No. 7:24-CR-00006

Dear Judge Halpern:

      This firm represents Michael Maroff in the above-referenced action. We are currently scheduled to appear before Your Honor for a status conference on October 17, 2024 at 4:00 p.m.  The parties expect to proceed with a plea at the status conference.  However, due to a scheduling conflict, the undersigned is requesting that the date be rescheduled.  I have conferred with Assistant United States Attorney Kingdar Prussein who indicates that he does not oppose this request.  The parties are available on October 8, 9 and 11 and, if the Court's schedule permits, respectfully request that the status conference be rescheduled for one of those dates.  Alternatively, we have good availability the week of October 21, 2024.

                                  Respectfully submitted,

                                  Michelle L. Merola

cc:    All counsel of record (via ECF)