UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

MICHAEL MAROFF,
                        Defendant.
-----------------------------------------------------------x

**ORDER**

7:24-cr-00006-PMH

The Sentencing Hearing in this matter currently scheduled for May 1, 2025 at 2:30 p.m. is advanced to 1:30 p.m. on the same date.

**SO ORDERED:**

Dated: White Plains, New York
       April 2, 2025

_____
Philip M. Halpern
United States District Judge