IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | No. 7:24CR00006-001 |
| ) | |
| MICHAEL MAROFF         ) | |
| ) | |
| Defendant              ) | |
| _____ ) | |

### ORDER FOR RETURN OF PROPERTY

On May 1, 2025, this Court imposed judgment on Mr. Maroff and sentenced him on Count 1 to time served with a one-year term of supervised release, eight months of which are to be served in home confinement. The Court also ordered an assessment of $100.00 and a fine of $10,000.00.

Mr. Maroff has paid the fine, has reported to his parole officer and has begun serving his term of supervised release in home confinement. On May 21, 2025, Mr. Maroff's counsel moved the Court for an order directing the return to Mr. Maroff of his passport that was surrendered to pretrial services as a condition of release in this matter.

Upon due consideration, for good cause shown, and given that this matter is now concluded, it is hereby **ORDERED** that Mr. Maroff's motion is **GRANTED**, and that pretrial services shall return Mr. Maroff's passport. The Clerk of Court is respectfully directed to terminate the pending motion (Doc. 39).

Dated:   White Plains, New York
         May 29, 2025

_____
HON. PHILIP M. HALPERN
United States District Judge